UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re )<br>)<br>ROGELIO A. CASIMIRO and BELEN T. )<br>CASIMIRO )<br>)<br>      Debtors. )<br>_____ )<br>)<br>ARNALDO LARA, et al., )<br>)<br>      Plaintiffs, )<br>)<br>   v. )<br>)<br>ROGELIO A. CASIMIRO, et al., )<br>)<br>      Defendants, )<br>_____ ) | DISTRICT COURT CASE<br>NO. CIV-F-06-0028 AWI SMS<br><br>BANKRUPTCY COURT CASE<br>NO. 05-19558-B-7<br><br>ADVERSARY PROCEEDING<br>NO. 05-01401<br><br>ORDER RESCHEDULING<br>HEARING ON PLAINTIFFS'<br>MOTION TO WITHDRAW<br>REFERENCE<br><br>DATE:   APRIL 17, 2006<br>TIME:    1:30 P.M.<br>JUDGE:  ANTHONY W. ISHII<br>DEPT:    COURTROOM 2 |

     On the written stipulation of all active Parties in the above-captioned action, Plaintiffs Arnoldo Lara et al. and Defendants Stevco, Inc. dba Lucich Farms (Debtor Casimiro, against whom all claims are currently subject to the automatic stay of 11 U.S.C. § 362, is not an active party at this time), such Parties have agreed to request this Order rescheduling the hearing on Plaintiffs' pending Motion to Withdraw Reference in the above-captioned action, from April 10, 2006, to April 17, 2006, at 1:30 p.m., Courtroom 2, Honorable Judge Anthony W. Ishii presiding.

*///*

///

///

IT IS ORDERED that the hearing on Plaintiffs' Motion to Withdraw Reference shall be rescheduled to occur on Monday, April 17, 2006, at 1:30 p.m., Courtroom 2, the Honorable Judge Anthony W. Ishii presiding.

IT IS SO ORDERED.

Dated:   **April 6, 2006**              **/s/ Anthony W. Ishii**
0m8i78                                              UNITED STATES DISTRICT JUDGE