Stan S. Mallison, SBN 184191
Hector R. Martinez, SBN 206336
Marco A. Palau, SBN 242340
LAW OFFICES OF MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, CA  94612
Telephone:   (510) 832-9999
Facsimile:    (510) 832-1101

CHRISTIAN L. RAISNER, SBN 133839
EMILY P. RICH, SBN 168735
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  courtnotices@unioncounsel.net
          craisner@unioncounsel.net
          erich@unioncounsel.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| IN RE:<br><br>ROGELIO A. CASIMIRO and BELEN T. CASIMIRO,<br><br>Debtors.<br><br>ARNALDO LARA, MARIO LA VEAGA, MIRNA DIAZ, PAULA LEON, RAUL DIAZ, MARGARITO SANTIAGO, PONCIANO SANTIAGO, ALEJANDRA HERNANDEZ, NICOLASA PAZ, LEODEGARIO MOSQUEDA, and ANGELICA ROSALES, on behalf of themselves and all other similarly situated and acting for the interests of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>ROGELIO A. CASIMIRO, an individual doing | No. 1:06-CV-0028-AWI<br><br>Bankruptcy Case No. 05-19558-B-7<br><br>Adversary Proceeding No. 05-01401-B-7<br><br>**ORDER ON THIRD STIPULATION TO EXTEND BRIEFING DATES TO FACILITATE SETTLEMENT EFFORTS**<br><br>Date:    September 4, 2012<br>Time:   1:30 p.m.<br>Place:   United States District Court<br>            2500 Tulare Street, 8th Floor<br>            Courtroom 2<br>            Fresno, California<br><br>**Proposed Hearing Date:**<br>**October 1, 2012 at 1:30 p.m.** |

1

ORDER ON THIRD STIPULATION TO EXTEND BRIEFING DATES TO FACILITATE SETTLEMENT EFFORTS AND CONTINUE HEARING ON MOTION TO DISMISS
Case No. 1:06-CV-0028-AWI

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

business as GOLDEN GRAIN FARM LABOR, EL RANCHO FARMS, STEVCO, INC., LUCICH FAMILY FARMS, CASTLEROCK FARMING AND TRANSPORT, INC. and DOES 5-30,

Judge:  Hon. Anthony W. Ishii

Defendants.

The Court having read the Stipulated Request to Extend Briefing Dates to Facilitate Settlement Efforts and Continue Hearing on Defendants' Motion to Dismiss, and good cause appearing,

IT IS SO ORDERED that the hearing on the Motion to Dismiss in this case is continued from September 4, 2012 to October 1, 2012 at 1:30 p.m.

IT IS SO ORDERED that the Opposition or Response to the Motion shall be filed and served on or before Monday, September 17, 2012.

IT IS SO ORDERED that Casimiro's Reply, if any, shall be filed and served on or before Monday, September 24, 2012.

IT IS SO ORDERED.

Dated:  August 31, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2
ORDER ON THIRD STIPULATION TO EXTEND BRIEFING DAGTES TO FACILITATE SETTLEMENT EFFORTS AND CONTINUE HEARING ON MOTION TO DISMISS
Case No. 1:06-CV-0028-AWI